# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00764JVS(ADSx) | Date | July 6, 2022 |
| Title | Scottsdale Insurance Company v Windward Way Recovery, LLC, et al | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** **[IN CHAMBERS]  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 18, 2022, this Court set a Scheduling Conference for July 11, 2022 at 10:30 a.m. Counsel were ordered to file a Joint Rule 26 Meeting Report with the completed Exhibit A.  No Application or Stipulation was filed to continued the Scheduling Conference, no Joint Rule 26 Meeting Report was filed and there is no proof of service of defendants on the docket.

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **July 15, 2022**, why this action should not be dismissed for lack of prosecution.  As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__  **Proof of service of summons and complaint/answer**

**Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint**. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 7-1.

**Scheduling Conference set for July 11, 2022 is continued to August 8, 2022 at 10:30 a.m. Counsel shall file the Joint Rule 26 Meeting Report with the completed Exhibit A by August 1, 2022.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |